LAW OFFICE OF JASON FLORES-WILLIAMS
JASON FLORES-WILLIAMS
Attorney for Plaintiffs
1851 Bassett St.
#509
Denver, CO 80202
303-514-4524
JFW@JFWLAW.NET

UNITED STATES DISTRICT COURT
IN THE DISTRICT OF COLORADO

| | |
|---|---|
| RAYMOND LYALL, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED, ET AL; <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF DENVER, A MUNICIPAL CORPORATION, <br><br> Defendants | Case No.: 16-2155 WJM-CBS <br><br> **CLASS ACTION** <br><br> UNOPPOSED MOTION TO CONTINUE ORDER REGARDING ADMISSION OF CLASS MEMBERS WITHOUT IDENTIFICATION <br><br> **DEMAND FOR JURY TRIAL** |

Plaintiff class members are homeless. Many do not possess identification. Yet, their rightful desire to be present for litigation concerning their fundamental rights are commensurate with, if not more profound than, any other citizens.[1]

---

[1] Plaintiff class members have diligently and respectfully filled the courthouse for every hearing from the inception of this litigation.

CLASS ACTION- 1

In Order 39—attached as Ex. "A"—this Honorable Court instituted a procedure by which Plaintiff counsel would vet Plaintiff class members who lacked identification as they entered the courthouse. The procedure has proven successful without any issues affecting court maintenance and order. Plaintiffs, with the kind agreement of opposing counsel, respectfully request that Order 39 (Ex. "A") be continued and applied to the final pretrial conference set: 3 p.m., May 2, 2018.

Respectfully submitted this 16th day of April 2017.

*/s/Jason Flores-Williams, Esq.*
Phone: 303-514-4524
Email: Jfw@jfwlaw.net
1851 Bassett St.
#509
Denver, Colorado 80202


Killmer, Lane & Newman, LLP

*/s/ Andy McNulty*

*/s/David Lane*

1543 Champa Street, Suite 400
Denver, Colorado 80202
(303) 571-1000
dlane@kln-law.com
amcnulty@kln-law.com

*Attorneys for Plaintiff Class*

## CERTIFICATE OF SERVICE

I hereby certify that the above-referenced pleading was filed with exhibits and required notice electronically via CMECF system in the United States Dist. Ct of Colorado on April 16,

CLASS ACTION- 2

2016, causing this unopposed motion to be served on all parties of record.

*/s/Jason Flores-Williams, Esq.*
Phone: 303-514-4524
Email: Jfw@jfwlaw.net
1851 Bassett St.
#509
Denver, Colorado 80202

CLASS ACTION- 3