UNITED STATES DISTRICT COURT
IN THE DISTRICT OF COLORADO

| | |
|---|---|
| RAYMOND LYALL, ET AL; | Case No.: 16-CV-2155 WJM-SKC |
| Plaintiffs, | |
| vs. | **CLASS ACTION** |
| CITY OF DENVER. | |
| Defendant | **DEMAND FOR JURY TRIAL** |

# PLAINTIFF'S RESPONSE TO DENVER'S STATUS REPORT:
## *REQUEST FOR ACTUAL NOTICE*

1. Defendant City of Denver submitted a "Status Report" concerning a mass scale homeless sweep that occurred today, this morning, October 29, 2018.

2. Plaintiffs received the "Status Report" at 11:56 a.m. after much of the mass sweep had already occurred.

3. The sweep resulted in hundreds of homeless persons being displaced and deprived of their property and shelter, without notice, and on the eve of a cold front moving into the Denver area.[1]

---

[1] It is expected to snow several inches tomorrow, 10/30/18, with temperatures descending below freezing.

CLASS ACTION- 1

4. The sweep was the obvious result of large-scale city planning and coordination that involved and engaged numerous city agencies ranging from the Denver Police Department to Denver Public Works.

5. The large-scale sweep that occurred today is the very subject matter of litigation before this Honorable Court.

6. Going forward, in its wide-ranging discretion concerning matters that are currently pending before it, Plaintiffs would respectfully move that this Honorable Court order Defendant City of Denver to notify Plaintiffs' class counsel of its intent to conduct large scale sweeps—as defined by this Court, 4/27/17 [**Docket No. 106**: *Granting in Part and denying in Part Plaintiffs' Motion for Class Certification*]—at least 72 hours prior to the planned sweep, so that Plaintiffs would have the option of applying for a Temporary Restraining Order to this Honorable Court pursuant to Federal Rule of Civil Procedure 65(b).

Dated: 10/29/18

          s/ Jason Flores-Williams
          LAW OFFICE OF JASON FLORES-WILLIAMS
          1851 Bassett St. #509
          Denver, CO 80202
          Telephone: 303-514-4524
          Email: jfw@jfwlaw.net

          s/Andy McNulty
          s/David A. Lane
          KILLMER, LANE & NEWMAN, LLP
          1543 Champa Street, Suite 400
          Denver, Colorado 80202
          (303) 571-1000
          dlane@kln-law.com

CLASS ACTION- 2

amcnulty@kln-law.com

*Attorneys for Plaintiff Class*

CERTIFICATE OF SERVICE

I certify that on this 29th day of October 2018, I electronically filed the foregoing RESPONSE TO STATUS REPORT: REQUEST FOR ACTUAL NOTICE with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel of the City Attorney's Office:

Geoffrey C. Klingsporn , Assistant City Attorney,
Wendy J. Shea, Assistant City Attorney,
Conor D. Farley, Assistant City Attorney,
Denver City Attorney's Office;
Civil Litigation Section 201 W. Colfax Ave., Dept. 1108
Denver, Colorado 80202
Telephone: (720) 913-3100 Facsimile: (720) 913-3190
wendy.shea@denvergov.org
geoffrey.klingsporn@denvergov.org
conor.farley@denvergov.org

CLASS ACTION- 3