**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 16-cv-2155-WJM-SKC

RAYMOND LYALL, et al.,

    Plaintiffs,

v.

CITY AND COUNTY OF DENVER,

    Defendant.

---

**JOINT NOTICE OF PROPOSED SETTLEMENT**

---

The Parties, pursuant to Fed. R. Civ. P. 23(e), hereby notify the Court of a proposed settlement of the Certified Class claims in the above-referenced action. The parties are in the process of obtaining signatures to finalize the proposed settlement and, once all signatures are obtained, the Parties will be in the position to advise the Court of the terms and proceed pursuant to the Court's direction. A separately filed Motion for a Status Conference will be filed by the Parties for this purpose.

The Parties are also presenting a proposed settlement of the individual named Plaintiffs' claims for damages to City Council for its consideration. The City Council will vote on the proposed settlement regarding the individually named Plaintiffs at its regularly scheduled meeting on March 4, 2019, during open session. If approved, the Parties will so advise the Court of the settlement of the individual Plaintiffs' damage claims pursuant to WJM Revised Practice Standard IV.C.2.

DATED this 26th day of February 2019.

> Respectfully submitted,
>
> *s/ Wendy Shea*
> Wendy J. Shea
> Geoffrey C. Klingsporn
> Conor D. Farley
> Michele A. Horn
> Assistant City Attorneys
> Denver City Attorney's Office
> 201 W. Colfax Ave., Dept. 1108
> Denver, Colorado 80202
> Telephone: (720) 913-3100
> Email:  wendy.shea@denvergov.org
> Email:  geoffrey.klingsporn@denvergov.org
> Email:  conor.farley@denvergov.org
> Email:  michele.horn@denvergov.org
> *Attorneys for Defendant*
>
> *s/ Andy McNulty*
> Andy McNulty
> David A. Lane
> Killmer, Lane & Newman, LLP
> 1543 Champa Street, Suite 400
> Denver, Colorado 80202
> Telephone: (303) 571-1000
> Email: amcnulty@kln-law.com
> Email: dlane@kln-law.com
>
> Jason Flores-Williams
> Law Office of Jason Flores-Williams
> 1851 Bassett St. #509
> Denver, CO 80202
> Telephone: 303-514-4524
> Email: jfw@jfwlaw.net
>
> *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on this 26th day of February 2019, I electronically filed the foregoing **JOINT NOTICE OF PROPOSED SETTLEMENT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jason Flores-Williams, Esq.
Law Office of Jason Flores-Williams
jfw@jfwlaw.net

Andrew McNulty, Esq.
David Lane. Esq.
Killmer, Lane & Newman LLP
amcnulty@kln-law.com
dlane@kln-law.com

*s/ Wendy Shea*
Denver City Attorney's Office