**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 16-cv-2155-WJM-SKC

RAYMOND LYALL, et al.,

       Plaintiffs,

v.

CITY AND COUNTY OF DENVER,

Defendant.

---

**JOINT MOTION TO VACATE FINAL TRIAL PREPARATION CONFERENCE
AND TO SET STATUS CONFERENCE TO DISCUSS PROPOSED SETTLEMENT OF
CERTIFIED CLASS ACTION**

---

The Parties, through their attorneys, jointly move the Court to vacate the upcoming March 1, 2019 Trial Preparation Conference and all associated deadlines, and to set a Status Conference on March 1, 2019 (or at a more convenient date and time for the Court) for the Parties to inform the Court of the proposed settlement and to determine how the Court wishes to proceed to ensure compliance with Fed. R. Civ. P. 23(e) and the Court's Practice Standards.

**IN SUPPORT THEREOF**, the Parties state:

On February 22, 2012, the Parties filed a Joint Motion for a One-Day Extension of Time to File Materials in Preparation for the Final Trial Preparation Conference. [Doc. #210.] As explained by the Motion, the reason for the requested extension was to give the Parties the opportunity to determine if a proposed settlement of the Certified Class claims could be reached, the terms of which the Parties had been diligently working on since January 2019. [*Id*. at p.2, ¶¶ 4-

5.] As indicated by the Joint Notice of Proposed Settlement filed today with the Court [Doc. # 212], the Parties have reached a proposed settlement to present to the Court for its consideration on the Certified Class claims. Additionally, the Parties have also reached a proposed settlement with the individual Plaintiffs, which will be voted on by the Denver City Council during its regularly scheduled meeting on March 4, 2019. [*Id.*]

WJM Revised Practice Standard IV.C provides that the Court will not vacate a civil trial setting or any of its deadlines unless the parties file a Stipulation of Dismissal or a Stipulated Notice of Dismissal affirming that a settlement will finally and fully resolve all remaining claims in the action. If the settlement for the individual Plaintiffs' claims is approved by City Council, the parties will file a Stipulated Notice of Dismissal in compliance with the Court's Practice Standards. However, Rule 23(e) mandates that claims of a certified class "may be settled, voluntarily dismissed, or compromised only with the court's approval" and further requires that "the court may approve [a settlement proposal] only after a hearing and only on finding that it is fair, reasonable, and adequate." As a result, the Parties are unable to comply with the Court's Practice Standards with respect to the proposed settlement of the Certified Class claims and the Parties require the Court's guidance regarding how to proceed.

Under the unique circumstances presented by this case, the Parties believe that good cause exists for the Court to vacate the upcoming March 1, 2019 Final Trial Preparation Conference and associated deadlines and to schedule a Status Conference on that day for the Parties to discuss with the Court how the Court would like to proceed. In light of the proposed settlement of the Certified Class claims, the Parties also request that the Court consider vacating the two-week trial commencing on March 18, 2019, and anticipate discussing with the Court at the requested Status

Conference the procedure for vacating the trial date, providing information to the Court sufficient to enable it to determine whether to give notice of the proposal to the class, and scheduling a fairness hearing before the Court.

**WHEREFORE**, for the reasons stated herein, the Parties jointly request that the Court vacate the March 1, 2019 Final Trial Preparation Conference and associated deadlines, and schedule a Status Conference on March 1, 2019 at 2:00 p.m. in place of the Final Trial Preparation Conference, or at a more convenient date and time for the Court, for the parties to discuss the Court's practices and preferences related to Rule 23(e) and vacating the upcoming trial date in this matter.

DATED this 26th day of February 2019.

                                               Respectfully submitted,

                                               *s/ Geoffrey C. Klingsporn*
                                               Wendy J. Shea
                                               Geoffrey C. Klingsporn
                                               Conor D. Farley
                                               Michele A. Horn
                                               Assistant City Attorneys
                                               Denver City Attorney's Office
                                               201 W. Colfax Ave., Dept. 1108
                                               Denver, Colorado 80202
                                               Telephone: (720) 913-3100
                                               Email:  wendy.shea@denvergov.org
                                               Email:  geoffrey.klingsporn@denvergov.org
                                               Email:  conor.farley@denvergov.org
                                               Email:  michele.horn@denvergov.org
                                               *Attorneys for Defendant*

                                               *s/ Jason Flores-Williams*
                                               Jason Flores-Williams
                                               Law Office of Jason Flores-Williams
                                               1851 Bassett St. #509
                                               Denver, CO 80202
                                               Telephone: 303-514-4524

Email: jfw@jfwlaw.net

*s/ Andy McNulty*
Andy McNulty
David A. Lane
Killmer, Lane & Newman, LLP
1543 Champa Street, Suite 400
Denver, Colorado 80202
Telephone: (303) 571-1000
Email: amcnulty@kln-law.com
Email: dlane@kln-law.com
*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I certify that on this 26th day of February 2019, I electronically filed the foregoing **JOINT MOTION TO VACATE THE FINAL TRIAL PREPARATION CONFERENCE AND TO SET STATUS CONFERENCE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jason Flores-Williams, Esq.
jfw@jfwlaw.net

Andrew McNulty, Esq.
amcnulty@kln-law.com

David Lane. Esq.
dlane@kln-law.com

*s/ Geoffrey C. Klingsporn*
Denver City Attorney's Office