IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 16-cv-2155-WJM-SKC

RAYMOND LYALL,
GARRY ANDERSON,
THOMAS PETERSON,
FREDRICK JACKSON,
BRIAN COOKS, and
WILLIAM PEPPER

      Plaintiffs,

v.

CITY OF DENVER, a municipal corporation,

      Defendant.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58, the following Final Judgment is hereby entered.

Pursuant to the Courtroom Minutes [ECF 225] entered on September 23, 2019, and incorporated herein by reference as if fully set forth, it is

ORDERED that the Stipulated Motion for Final Approval of Class Action Settlement [ECF 224] is granted. It is further

ORDERED that this civil action and Complaint are dismissed as settled and the case will be closed.

DATED at Denver, Colorado this 23rd day of September, 2019.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By: s/Anna Frank
Anna Frank, Deputy Clerk